1   STUART C. PLUNKETT (CA SBN 187971)
    SPlunkett@mofo.com
2   MORRISON & FOERSTER LLP
    425 Market Street
3   San Francisco, California  94105-2482
    Telephone: 415.268.7000
4   Facsimile: 415.268.7522

5   Attorneys for Plaintiff
    JOHN M. MCGRAW

6

7

8                     UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12   JOHN M. MCGRAW,                          Case No. 13-cv-05129-JST

13                                            **JOINT STIPULATON TO**
                        Plaintiff,            **CONTINUE INITIAL CASE**
14                                            **MANAGEMENT CONFERENCE;**
              v.                              **[PROPOSED] ORDER**
15
     WESTERN SERVICE CONTRACT CORP., a        Judge:    Honorable Jon S. Tigar
16   California corporation, THE MCGRAW
     COMPANY, a California corporation, and
17   PACIFIC SPECIALTY INSURANCE
     COMPANY, a California corporation,
18
                        Defendants.
19

20

21

22

23

24

25

26

27

28

JOINT STIP. TO CONTINUE INITIAL CASE MGMT. CONF.
CASE NO. 13-CV-05129-JST
sf-3382825

1    Plaintiff John M. McGraw and Defendants Western Service Contract Corp., The McGraw

2   Company, and Pacific Specialty Insurance Company ("the McGraw companies"), by and through

3   their respective counsel, hereby stipulate as follows:

4    WHEREAS, the Initial Case Management Conference in this matter is set for March 26,

5   2014;

6    WHEREAS, this issues presented in this case are whether Plaintiff is entitled to be

7   indemnified by Defendants in *McGraw v. McGraw et al.*, San Mateo County Superior Court Case

8   No. CIV492464, and whether the McGraw companies must advance such fees and expenses to

9   Mr. McGraw before a final determination on indemnification is made;

10    WHEREAS, Plaintiff filed a Motion for Preliminary Injunction seeking advancement, and

11   that motion has been fully briefed;

12    WHEREAS, as set forth in the parties' respective papers, the parties have agreed on the

13   essential terms of an order requiring advancement and resolving the preliminary injunction

14   motion;

15    WHEREAS, the parties have further agreed, as set forth in their respective papers, that a

16   stay of this action pending resolution of *McGraw v. McGraw* is warranted because issues of

17   indemnification should be resolved after resolution of the underlying matter;

18    WHEREAS, given the parties' agreement on an order requiring advancement and the

19   proposed stay of this action, a case management conference at this time is unnecessary;

20    WHEREAS, the Court has determined that the preliminary injunction motion is suitable

21   for disposition without oral argument;

22    NOW THEREFORE, the parties stipulate and respectfully request that the Court issue an

23   Order as follows:

24    The Initial Case Management Conference in this matter, scheduled for March 26, 2014, at

25   2:00 p.m., is continued until May 21, 2014, at 2:00 p.m.

26    IT IS SO STIPULATED

27

28

1

2   Dated:  March 10, 2014                          STUART C. PLUNKETT
                                                    MORRISON & FOERSTER LLP
3

4                                                   By:   /s/ Stuart C. Plunkett
                                                          STUART C. PLUNKETT
5
                                                    Attorneys for Plaintiff
6                                                   JOHN M. MCGRAW

7

8   Dated:  March 10, 2014                          CHARLES J. SMITH
                                                    JAMES H. HARTNETT
                                                    JAY L. WITHEE
9                                                   HARNETT SMITH & PAETKAU

10

11                                                  By:   /s/ James H. Hartnett
                                                          JAMES H. HARTNETT
12
                                                    Attorney for WESTERN SERVICE
13                                                  CONTRACT CORPORATION, THE
                                                    McGRAW COMPANY, and PACIFIC
14                                                  SPECIALTY INSURANCE
                                                    COMPANY
15

16

17
                                          **ORDER**
18

19          PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the Case

20   Management Conference currently scheduled for March 26, 2014 is continued to May 21, 2014 at

21   2:00 p.m.

22

23    Dated:   March 10, 2014

24

25                                                  IT IS SO ORDERED

26                                                  Judge Jon S. Tigar

27

28

1

**RULE 45 ATTESTATION**

In accordance with General Order 45 and Civil Local Rule 5-1(i)(3), concurrence in the filing of this document has been obtained from each of the other signatories.


Dated:  March 10, 2014                          ____/s/ Stuart C. Plunkett____
                                                Stuart C. Plunkett

Joint Stip. to Continue Initial Case Mgmt. Conf.
Case No. 13-CV-05129-JST
sf-3382825

3