1  STUART C. PLUNKETT (CA SBN 187971)
   SPlunkett@mofo.com
2  MORRISON & FOERSTER LLP
   425 Market Street
3  San Francisco, California 94105-2482
   Telephone: 415.268.7000
4  Facsimile: 415.268.7522

5  Attorneys for Plaintiff
   JOHN M. MCGRAW

**FILED**

APR 29 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN M. MCGRAW,<br><br>Plaintiff,<br><br>v.<br><br>WESTERN SERVICE CONTRACT CORP., a California corporation, THE MCGRAW COMPANY, a California corporation, and PACIFIC SPECIALTY INSURANCE COMPANY, a California corporation,<br><br>Defendants. | Case No. 13-cv-05129-JST<br><br>**JOINT [PROPOSED] PRELIMINARY INJUNCTION ORDER** |

Pursuant to the Court's April 14, 2014 Order Granting Plaintiff's Motion for Preliminary Injunction, the parties hereby submit this Joint [Proposed] Preliminary Injunction Order.

IT IS HEREBY ORDERED THAT:

1. Until the conclusion of this litigation or further order of the Court, Defendants Western Service Contract Corp., The McGraw Company, and Pacific Specialty Insurance Company, are ordered to advance to John M. McGraw, in accordance with the Indemnification Agreement alleged in the Complaint and attached thereto:

     a) all fees and expenses that John M. McGraw incurs, or has incurred, in defending against the cross-complaint brought against him by Ann Morrical in *McGraw v. McGraw et al.*, San Mateo County Superior Court Case No. CIV492464; and

     b) all fees and expenses that John M. McGraw incurs, or has incurred, in bringing the current action to enforce the Indemnification Agreement.

2. This ORDER includes the following terms

     a) Entry of the ORDER will not be deemed to be an admission by Defendants or construed as a determination that Plaintiff is entitled to indemnification;

     b) Entry of the ORDER will not be deemed to be an admission by Defendants or construed as a determination that the expenses for which Plaintiff seeks advancement are connected with, result from, or relate to his "Corporate Status" as defined in the Indemnification Agreement;

     c) Entry of the ORDER does not preclude Defendants from later contesting Plaintiffs right to advancement or indemnification in this or subsequent litigation;

     d) Defendants have until June 3, 2014, to pay Plaintiff the expenses represented on the invoices submitted to Defendants by Plaintiffs' attorneys through December 31, 2013, totaling $1,590,870.73; and

     e) For invoices submitted for fees and expenses incurred after December 31, 2013, Defendants must pay Plaintiff at the later of within thirty (30) days from the date of the invoice, or July 1, 2014.

Dated: April 28, 2014

STUART C. PLUNKETT
MORRISON & FOERSTER LLP

By:  /s/ Stuart C. Plunkett
      STUART C. PLUNKETT

Attorneys for Plaintiff
JOHN M. MCGRAW

Dated: April 28, 2014

CHARLES J. SMITH
JAMES H. HARTNETT
JAY L. WITHEE
HARNETT SMITH & PAETKAU

By:  /s/ James H. Hartnett
      JAMES H. HARTNETT

Attorney for WESTERN SERVICE CONTRACT CORPORATION, THE McGRAW COMPANY, and PACIFIC SPECIALTY INSURANCE COMPANY

### RULE 45 ATTESTATION

In accordance with General Order 45 and Civil Local Rule 5-1(i)(3), concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: April 28, 2014

/s/ Stuart C. Plunkett
Stuart C. Plunkett

**IT IS SO ORDERED.**

Dated: 4/29, 2014

JON S. TIGAR
UNITED STATES DISTRICT JUDGE